## RUFUS SETH REED *versus* PHILIP LÉCUYER AND GABRIEL GODFROY

JOURNAL ENTRIES (1823–24): *Journal 3:* (1) Rule for bail or procedendo *p. 391; (2) relicta cognovit, rule for judgment *p. 504.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance and bail piece; (4) declaration; (5) plea of non assumpsit, notice of demand for bill of particulars; (6) relicta cognovit.

*1822–23 Calendar*, MS p. 110. Recorded in *Book B*, MS pp. 403–406.

## EBENEZER HURD *versus* JOHN L. WHITING

JOURNAL ENTRIES (1823–27): *Journal 3:* (1) Rule for bail or procedendo *p. 392; (2) continued *p. 478. *Journal 4:* (3) Referred MS p. 7; (4) motion to correct entry of reference and for entry of continuance MS p. 15; (5) motion to strike off entry of reference MS p. 16; (6) rule of reference stricken off MS p. 35; (7) issue ordered sent to circuit court for trial MS p. 47; (8) order sending issue to circuit court rescinded MS p. 119; (9) discontinued MS p. 139.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance; (4) bail piece; (5) declaration; (6) plea of not guilty; (7) precipe for subpoena; (8) subpoena; (9) precipe for subpoena; (10) subpoena; (11) precipe for subpoena; (12) subpoena; (13) motion to strike entry of reference; (14) motion to correct entry of reference; (15) precipe for subpoena; (16) transcript of pleadings and of order sending case to circuit court; (17) precipe for subpoena; (18) subpoena; (19) discontinuance.

*1822–23 Calendar*, MS p. 129.